IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALEXANDER WIMBUSH,

          Plaintiff,

v.

BP EXPLORATION & PRODUCTION INC., ET AL.,

          Defendants.

Civil Action No. 24-525

## ORDER

At Wilmington on this Ninth day of August in 2024,

For the reasons set forth in the Memorandum Opinion issued on this day, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) (D.I. 41) is **GRANTED**; and

2. The Clerk of the Court is directed to **TRANSFER** immediately this action to the United States District Court for the Northern District of Florida.

_____
CHIEF JUDGE